IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Raul Lopez-Ayon,<br><br>     Petitioner,<br><br>vs.<br><br>United States of America,<br><br>     Respondent. | JUDGMENT IN A CIVIL CASE<br><br>No. CV 05-229-TUC-FRZ<br>    CR 03-1235-TUC-FRZ |

X    **DECISION BY COURT.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

     **IT IS ORDERED** that Petitioner's motion [Doc. #79 in CR 03-1235-TUC-FRZ] is **DENIED** as moot and CV 05-229-TUC-FRZ is **SUMMARILY DISMISSED WITHOUT PREJUDICE.**

                                              RICHARD H. WEARE
<u>February 1, 2008</u>                  CLERK
Date

                                          S/ *M. Michelle Mejia*
                                            M. Michelle Mejia
                                            Deputy Clerk

Copies to: J/B, FRZ, all counsel